May Term, 1859.

DOYLE
v.
WATT.

---

*Thursday, June 9.*

---

DOYLE and Another *v.* WATT.

APPEAL from the *Grant* Court of Common Pleas.

*Per Curiam.*—The judgment in this case is affirmed, for the reason given in *Doyle* v. *Watt*, at the present term (1),

*Thursday, June 9.*

May Term,
1859.

THE STATE
v.
HART.

the questions arising in the record of each case being similar.

The judgment is affirmed with 5 per cent. damages and costs.

*A. W. Sanford*, *J. H. Jones*, *A. Steele*, and *H. D. Thompson*, for the appellants.

*J. W. Sansberry*, for the appellee.

(1) *Ante*, 342.